## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**SCOTT KELLER, an individual,**

    **Plaintiff,**

**v.**                                      **CASE NO.:   8:21-cv-00433-SCB-JSS**

**LISA DEFALCO, an individual, and**
**TPG TELEMANAGEMENT, INC.,**
**a Pennsylvania corporation.**

    **Defendants.**

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Scott Keller ("Plaintiff") and Defendants Lisa DeFalco, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this joint stipulation of dismissal of all claims and counterclaims with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 27th day of July, 2022.

[*SIGNATURE PAGE FOLLOWS*]

1

Agreed and consented to by:

| /s/ Kevin T. Kucharz | /s/ Kelly B. Holbrook |
|---|---|
| Jake Evans, Esq. | Kelly B. Holbrook, Esq. |
| F.B.N. 0103023 | F.B.N. 527084 |
| Kevin T. Kucharz, Esq. | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| F.B.N. 0883611 | |
| HALL BOOTH SMITH, P.C. | 100 North Tampa Street, Suite 3350 |
| 2710 Old Milton Parkway, Suite 200 | Post Office Box 1840 |
| Alpharetta, GA 30009 | Tampa, Florida 33601-1840 |
| jevans@hallboothsmith.com | kholbrook@constangy.com |
| kkucharz@hallboothsmith.com | T: 813.223.7166   F: 813.223.2515 |
| T: 404.954.5000   F: 404.954.5020 | |
| | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SCOTT KELLER, an individual,**

    **Plaintiff,**

**v.**                                  **CASE NO.:   8:21-cv-00433-SCB-JSS**

**LISA DEFALCO, an individual, and**
**TPG TELEMANAGEMENT, INC.,**
**a Pennsylvania corporation.**

    **Defendants.**

                                       /

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 27, 2022, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Kelly B. Holbrook, Esq.
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida 33601-1840
kholbrook@constangy.com

*Attorney for Defendants*

[*SIGNATURE PAGE FOLLOWS*]

This 27th day of July, 2022.

/s/ Kevin T. Kucharz
Jake Evans, Esq.
F.B.N. 0103023
Kevin T. Kucharz, Esq.
F.B.N. 0883611
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE, Suite 2900
Atlanta, GA 30303 -1775
jevans@hallboothsmith.com
kkucharz@hallboothsmith.com
T:  404.954.5000
F:  404.954.5020

*Attorneys for Plaintiff*

4